IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JAMAAL BERNARD LAMONT SEYMOUR,

Plaintiff,

v.

"JOHN DOE" TELFORD, Correctional Officer; CALVIN MORTON, Warden; "JACOB DOE" SMITH, Deputy Warden; DANNY BENNETT, and CORNELL CORRECTIONS INCORPORATED,

Defendants.

CIVIL ACTION NO.: CV506-074

## ORDER

Plaintiff has filed a "Declaration for Entry of Default" asserting that Defendant Telford has failed to respond to his complaint. A review of the Clerk's docket shows that Defendant Telford has not been served with the complaint. See Marshals Service Process Receipt and Return. Plaintiff's request for entry of a default judgment is **DENIED**.

**SO ORDERED**, this 22 day of January, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)