IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

JAMAAL BERNARD LAMONT SEYMOUR,

Plaintiff,

v.

"JOHN DOE" TELFORD, Correctional Officer,

Defendant.

CIVIL ACTION NO.: CV506-074

### ORDER

By Order dated September 21, 2006, Plaintiff was allowed to proceed *in forma pauperis* with an action filed pursuant to the provisions of 42 U.S.C. § 1983. In an Order dated October 23, 2006, the Court directed that process be served upon Defendant Telford. The United States Marshal's Return of Service shows that the attempted service upon Telford was returned by D. Ray James Prison with the notation that Telford is "no longer employed" at D. Ray James Prison.

Plaintiff is instructed to provide the Court with a correct address where Defendant Telford can be served. Plaintiff should file his response with the Court within twenty (20) days of the date of this Order. Failure to respond to this Order may result in the dismissal of Plaintiff's complaint without prejudice.

**SO ORDERED**, this 2 day of February, 2007.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)