# United States District Court
## Southern District of Georgia

Jamall Bernard Lamont Seymour

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV506-74

"John Doe" Telford, Correctional Officer

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's order dated 6/27/07; Judgment is hereby entered dismissing plaintiff's case without prejudice.

| 6/27/07 | Scott L. Poff |
|---|---|
| Date | Clerk |</br>

*Walker Prescott*

(By) Deputy Clerk